SEALED

ORDERED UNSEALED on 01/13/2023   s/ anthonye

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '23 MJ00122 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18 U.S.C. § 1704 – Keys or Locks Stolen or Reproduced (Felony) |
| Tracy Lynn RUMLEY | Title 18 U.S.C. § 1708 – Theft or Receipt of Stolen Mail Matter Generally (Felony) |
| Defendant. | Title 18 U.S.C. § 1709 – Theft of Mail Matter by Officer or Employee (Felony) |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about November 12, 2022, within the Southern District of California, defendant, Tracy RUMLEY, stole, purloined, embezzled and obtained by false pretense the keys to a lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter, and knowingly possessed such mail keys with the intent unlawfully and improperly to use the same, in violation of Title 18, United States Code, Section 1704.

## COUNT 2

From on or about November 13, 2022, to on or about December 17, 2022, within the Southern District of California, defendant, Tracy RUMLEY stole and took from and out of a letter box, mail receptacles, and other authorized depository for mail matter, letters, postal cards, packages, bags, and mail and removed from such letters, packages, bags, and mail any article or thing contained therein with the intent to temporarily or permanently deprive the owner of its use and benefit, in violation of Title 18 United States Code, Section 1708.

## COUNT 3

From on or about November 1, 2020 to on or about November 12, 2022, within the Southern District of California, defendant, Tracy RUMLEY, while being a Postal Service employee, embezzled letters, postal cards, packages, bags, and mail, and any article and thing contained therein entrusted to her and which came into her possession which was intended to be conveyed by mail, and stole, abstracted and removed from such letters, packages, bags, and mail any article or thing contained therein, in violation of Title 18 United States Code, Section 1709.

*Cory Bott, US Postal Inspector*
United States Postal Office

Sworn to me and subscribed in my presence this 12th day of January, 2023.

*William V. Gallo*
_____
HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

**STATEMENT OF FACTS**

On November 22, 2022, at approximately 9:30 PM a postal customer, who is a San Diego Police Department Detective, in Santee, California, observed a white Nissan Altima with California License Plate 8LED216 pull up in front of his apartment complex. The Detective witnessed a female subject in a hooded sweatshirt approach the communal mailbox in front of the complex and open the whole front panel of the mailbox giving her access to each of the individual mailboxes. The Detective observed the female take mail from multiple mailboxes and then carry it away in her hands. When the female left the mailboxes, the Detective immediately checked the mailbox panel and noted that it was locked and secure, which led him to believe a key may have been used to open the mailboxes. The Detective observed the female returning to the above-described vehicle. The Detective described the female subject as possibly white or Hispanic, 5'3"-5'5", heavier set, and with her hair past her shoulder.

Recognizing that he was witnessing a crime, the Detective subsequently conducted a records search on the license plate, 8LED216, which showed it was registered to Brandon Rumley with an address in El Cajon, CA. A female named Tracy RUMLEY was also associated with the same address. Through online searches, the Detective determined that RUMLEY was a United States Postal

3

Service (USPS) employee. The Detective reported the information he had uncovered to the Santee Post Office Postmaster.

The Santee Postmaster advised that RUMLEY was a USPS letter carrier at the Santee Post Office.  RUMLEY had begun her employment in September 2014, and was removed from employment with USPS on November 12, 2022, due to disciplinary issues related to her attendance.  The Postmaster advised RUMLEY had a history of arriving to work late or not appearing for scheduled shifts when she was employed.

Upon the completion of a key inventory at the Santee Post Office, it was determined that one set of USPS keys for the Santee Office was unaccounted for. The missing set contained two keys, one key with serial #D162-10005 and an Arrow key with serial #4524.

On December 8, 2022, United States Postal Inspection Service (USPIS) Inspectors Patricia Mendoza, David Smith, and I went to RUMLEY'S address in El Cajon to speak with RUMLEY about the investigation.  Inspectors knocked on the door multiple times without receiving a response.

While I was standing on the patio outside of the front door, I observed, in plain view, an open BBQ grill filled with burnt paper documents in the porch immediately outside the front door..  I observed that one of the documents was a piece of mail addressed to an individual with a Santee address.  Some of the other paper documents

appeared to be additional pieces of mail but the addresses were not visible. Inspector Mendoza observed an additional mail piece in plain view under a table next to the grill, addressed to a different individual with another Santee address.

On December 19, 2022, I obtained a CA State search warrant for RUMLEY's residence, the Nissan Altima, and for Tracy RUMLEY and Brandon Rumley. On December 21, 2022, officers executed the search warrant at RUMLEY's residence. Three subjects were in the residence at the time of the warrant execution, one of whom was identified as Tracy RUMLEY.

During the search, multiple mail pieces, credit cards, gift cards, and identification documents for persons other than Brandon Rumley or Tracy RUMLEY (or either of the other two individuals then present in the residence) were found in RUMLEY'S room and in the garage. Also recovered from RUMLEY's bedroom were a USPS key with serial number D162 10005, and USPS Arrow key with serial #4524, which matched the missing set from the Santee Post Office. In addition, USPS postal tubs and postal uniforms were also located in the residence and garage.

During a post-Miranda interview, RUMLEY admitted to taking the mail found at her residence both while she was employed with the USPS and after she was terminated from the USPS. RUMLEY stated that, during her employment with USPS, she was on the longest walking route for the Santee office, and she did not

5

have enough time to deliver mail during her scheduled work shifts.  At some point, RUMLEY explained that she started to put mail that she did not deliver into her personal bag before the end of her shift and took it to her residence.  RUMLEY said that, on occasion, she went back out after her shift to deliver the mail in her personal vehicle but while still in uniform.  RUMLEY, however, advised that she ultimately stopped delivering the mail and, instead, kept it at her residence.

RUMLEY also admitted to taking mail from mailboxes in the Santee area, using the USPS keys in her possession, after she was no longer employed by USPS. RUMLEY acknowledged that all USPS keys used to deliver mail are required to be returned to the post office at the end of each shift.  RUMLEY, however, claimed that she unintentionally kept the keys after one of her shifts, but then knowingly chose not to return the keys. Instead, RUMLEY stated she used the keys multiple times to access different mailboxes in the Santee area.  RUMLEY said she would take the mail in the middle of the night.  RUMLEY admitted that she had accessed mailboxes in this manner as recently as December 17, 2022.  RUMLEY said she burnt the mail because she wanted to get rid of it.  RUMLEY also admitted that she removed and used items she obtained from the mail that she was opening, including, for example, two different credit cards belonging to other people, which she used to purchase items at Kohl's and JC Penney.  RUMLEY stated she also used a few gift cards that she secured from others mail.

Based on the above stated facts, there is probable cause to believe Tracy Lynn RUMLEY stole two keys suited to lock and unlock mail receptacles for the deposit and delivery of mail matter, in violation of 18 U.S.C. Section 1704; stole multiple pieces of USPS mail from mail receptacles with the intent to temporarily or permanently deprive the owner of the mail, in violation of 18 U.S.C. Section 1708; and stole multiple pieces of USPS mail from November 2020 to November 12, 2022, while employed by the USPS, in violation of 18 U.S.C. Section 1709.